THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs JERRY DORAN and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DORAN, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>KING'S TRADING POST: REDWOOD INVESTORS - MHP, a partnership,<br><br>    Defendant. | **CASE NO. CIV. S 03-1946 DEL DAD**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

Plaintiffs JERRY DORAN and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their counsel, and defendant KING'S TRADING POST: REDWOOD INVESTORS - MHP, a partnership, by and through their counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 26, 2005

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*


By: /s/
Julia M. Adams
Attorneys for JERRY DORAN and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS

Dated: May 30, 2005

DOWNEY BRAND LLP

By: /s/
Rhonda C. Canby
Attorneys for Defendant REDWOOD INVESTORS - MHP

**ORDER**

IT IS SO ORDERED.

Dated: 6/2/ 2005

/s/ David F. Levi
Hon. David F. Levi
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                    -2-